142157                ORLOW, ORLOW & ORLOW, P.C.

# COURT, COUNTY OF

United States District Court, Southern District of New York

| | |
|---|---|
| ARIEL CORPORAN<br><br>against<br><br>THE CITY OF NEW YORK, ET AL | **Plaintiff(s)**<br><br><br>**Defendant(s)** |

Index No. 07CIV6361
File No.

**AFFIDAVIT OF SERVICE**

State of New York, County of Nassau    ss:

HARRY TORRES being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at SUFFOLK

That on 07/17/2007 at 9:50 AM at 100 CHURCH ST NEW YORK, NY 10007

deponent served the within Summons in a Civil Action & Complaint

on THE CITY OF NEW YORK

defendant(s) therein named.

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant(s) personally: deponent knew the person(s) so served to be the person(s) as said defendant(s) therein.

**CORPORATION**
2. ☒ a MUNICIPAL corporation(s), defendant(s), therein named, by delivering and leaving with JERRY BRADSHAW/CLERK/AUTH TO ACCEPT of said corporation(s) a true copy thereof deponent further knew the said individual(s) to be the managing agent.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy(ies) of each to a person of suitable age and discretion. Said premises is defendant's – actual place of business – dwelling house – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises which is defendant's – actual place of business – dwelling house – usual place of abode – within the state. Deponent was unable, with due diligence to find defendant(s) or person(s) of suitable age and discretion, thereat, having called there:

**MAILING USE WITH 3 or 4**
☐ Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating thereon that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State, on

**APPROXIMATE DESCRIPTION**
☒ Sex male   Color black   Hair BALD   Approx. Ht. 5'9"   Aprox. Wt. 170   Aprox. Age 40
GLASSES/MUSTACHE

**MILITARY SERVICE**
☐ I asked the person spoken to whether defendant(s) was/were in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my informationm and the grounds of my belief are the conversations narrated.

Upon information and belief I aver that the defendant is not in the military service of the United States as that term is defined in the Federal statutes.

Sworn to before me on 07/18/2007

SAMUEL Z BERG
Notary Public, State of New York
No. 6054268
Qualified in Nassau County
Commission Expires January 29, 201|

DAVID S. BERG
Notary Public, State of New York
No. 5009508
Qualified in Nassau County
Commission Expires March 15, 20

License No.    0915257

HARRY TORRES