142158   ORLOW, ORLOW & ORLOW, P.C.

United States District **COURT, COUNTY OF** Southern District of New York

| | |
|---|---|
| ARIEL CORPORAN                                    Plaintiff(s) | Index No. 07CIV6361 |
| against | File No. |
| THE CITY OF NEW YORK, ET AL                      Defendant(s) | **AFFIDAVIT OF SERVICE** |

State of New York, County of    Nassau                ss:

HARRY TORRES    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at    SUFFOLK

That on    07/17/2007    at    9:51 AM    at 100 CHURCH ST NEW YORK, NY 10007

deponent served the within    Summons in a Civil Action & Complaint

on    THE NEW YORK CITY POLICE DEPARTMENT

defendant(s) therein named.

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant(s) personally: deponent knew the person(s) so served to be the person(s) as said defendant(s) therein.

**CORPORATION 2.** ☒ a MUNICIPAL corporation(s), defendant(s), therein named, by delivering and leaving with JERRY BRADSHAW/CLERK/AUTH TO ACCEPT of said corporation(s) a true copy thereof deponent further knew the said individual(s) to be the managing agent.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy(ies) of each to a person of suitable age and discretion. Said premises is defendant's – actual place of business – dwelling house – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises which is defendant's – actual place of business – dwelling house – usual place of abode – within the state. Deponent was unable, with due diligence to find defendant(s) or person(s) of suitable age and discretion, thereat, having called there:

**MAILING USE WITH 3 or 4** ☐ Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating thereon that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State, on

**APPROXIMATE DESCRIPTION** ☒ Sex male Color black Hair BALD Approx. Ht. 5'9" Aprox. Wt. 170 Aprox. Age 40
GLASSES/MUSTACHE

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant(s) was/were in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my informationm and the grounds of my belief are the conversations narrated.

Upon information and belief I aver that the defendant is not in the military service of the United States as that term is defined in the Federal statutes.

Sworn to before me on    07/18/2007

HARRY TORRES

License No.    0915257

| | |
|---|---|
| SAMUEL Z. BERG<br>Notary Public, State of New York<br>No. 6054268<br>Qualified in Nassau County<br>Commission Expires January 29, 2011 | DAVID S. BERG<br>Notary Public, State of New York<br>No. 5009508<br>Qualified in Nassau County<br>Commission Expires March 15, 20 |