```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ARIEL CORPORAN,                        :

        Plaintiff,                  :

    -against-                         :

THE CITY OF NEW YORK, et al.,          :

        Defendants.                 :

------------------------------------- x

07 Civ. 6361 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for August 17, 2007 at 9:45 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
           August 9, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Adam Orlow, Esq.
                               Brian G. Maxey, Esq.
                               Judge Barbara S. Jones